Standard Encyclopedia Corporation, appellant, v. Alma Thompson Leaverton, appellee. Gen. No. 36,081.

Opinion filed March 29, 1933.

Freyburger, Baker & Rice, for appellant. John W. Golosinec and Irving Goodman, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Chicago Title & Trust Company, appellee, v. Joseph B. Drell, appellant. Gen. No. 36,093.

Opinion filed March 29, 1933.

Slottow & Leviton, for appellant; David Paley, of counsel. Holland F. Fla Havhan, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

May Rinella, appellant, v. Elsie Halvorsen, appellee. Gen. No. 36,111.

Opinion filed March 29, 1933.

Joseph W. Cox, for appellant. William McKinley and Paul E. Price, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Mildred A. Davies, appellee, v. Marks Bros. Theatres, Inc., appellant. Gen. No. 36,120.

Opinion filed March 29, 1933. Rehearing denied April 13, 1933.

John A. Bloomingston, for appellant. Abraham Lepine, for appellee; Alvin E. Stein, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.